**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

VESTER L. PATTERSON,                            No. 2:16-cv-0368-CMK-P

        Plaintiff,

    vs.                                    <u>ORDER</u>

CDCR, et al.,

        Defendant.

_____/

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has filed a notice of voluntary dismissal.  Good cause appearing therefor, this action is dismissed without prejudice.  <u>See</u> Fed. R. Civ. P. 41(a)(2).  The Clerk of the Court is directed to close this file.

        IT IS SO ORDERED.

DATED:  August 16, 2016

                                     _____
                                   **CRAIG M. KELLISON**
                                   UNITED STATES MAGISTRATE JUDGE

1